IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
------------------------------------------------------------------------X
KRISTEN LEANN HORTON, Individually and On      :
Behalf of All Others Similarly Situated,       :     Civil Action No.
                                               :     1:19-cv- 01193
              Plaintiff,                       :
                                               :
    -against-                                  :
                                               :
LOVE'S TRAVEL STOPS & COUNTRY STORES,          :
INC.,                                          :
                                               :
              Defendant.                       :
------------------------------------------------------------------------X
```

**PLAINTIFFS' UNOPPOSED MOTION
TO APPROVE SETTLEMENT AGREEMENT, INCLUDING AWARD OF
ATTORNEYS' FEES AND COSTS**

Plaintiff Kristen Leann Horton, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), by and through undersigned counsel, hereby files this Unopposed Motion to Approve Settlement Agreement, Including Award of Attorneys' Fees and Costs ("Motion"), and the attached Brief and Exhibits in support of same.

**WHEREFORE**, Plaintiffs respectfully move this Court to enter an Order:

(i)   granting Plaintiffs' Motion;

(ii)  finding the Parties' Settlement of this EPA Collective Action is fair, reasonable, and just;

(iii) approving the Parties' Settlement Agreement and all of its terms;

(iv)  authorizing the Settlement Administrator to send notices and issue payments pursuant to the terms of the Settlement;

(v) dismissing this action with prejudice, and retaining jurisdiction to enforce the settlement until the conclusion of the settlement approval process; and

(vi) entering any other relief that this Court deems just and proper.

Respectfully submitted this 26th day of January, 2022.

>  */s/ Marc S. Hepworth*
> Marc S. Hepworth*
> Charles Gershbaum*
> David A. Roth*
> Rebecca S. Predovan*
> **HEPWORTH, GERSHBAUM & ROTH, PLLC**
> 192 Lexington Avenue, Suite 802
> New York, New York 10016
> Telephone: (212) 545-1199
> Facsimile: (212) 532-3801
> mhepworth@hgrlawyers.com
> cgershbaum@hgrlawyers.com
> droth@hgrlawyers.com
> rpredovan@hgrlawyers.com
>
> Paolo C. Meireles*
> Gregg I. Shavitz*
> Logan A. Pardell*
> **SHAVITZ LAW GROUP, P.A**.
> 951 Yamato Rd, Suite 285
> Boca Raton, FL 33431
> Telephone: (561) 447-8888
> Facsimile: (561) 447-8831
> pmeireles@shavitzlaw.com
> gshavitz@shavitzlaw.com
> lpardell@shavitzlaw.com
>
> Brian L. Kinsley
> NC Bar #38683
> Local Rule 83.1(d) Counsel for the Plaintiff
> **CRUMLEY ROBERTS LLP**
> 2400 Freeman Mill Road
> Greensboro, NC 27406
> Telephone: (800) 288-1529

Facsimile: (336) 333-9894
BLKinsley@crumleyroberts.com

**Attorneys for Plaintiff and the Collective**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on **January 26, 2021**. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## **Certificate of Word Count**

Pursuant to LR 7.3(d)(1), I certify that the brief accompanying this Motion was prepared on a computer, and the body of the brief contains 5,933 words, exclusive of caption, signature lines, and certificates of service and word count. Counsel relies on the word count feature of word processing software in making this certification.

This 26th day of January, 2022.

# SERVICE LIST

Jerry H. Walters, JR.
**LITTLER MENDELSON, P.C.**
Bank of America Corporate Center
100 North Tryon Street, Suite 4150
Charlotte, NC 28202
Telephone: (704) 333-4005
E-mail: Jwalters@littler.com

Rachel Fendell Satinsky*
Matthew Hank*
Donald Myers*
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry St., Suite 1400
Philadelphia, PA 19102
Telephone: (267) 402-3054
E-mail: mhank@littler.com
E-mail: dwmyers@littler.com
E-mail: rsatinsky@littler.com

Attorneys for Defendant

* Admitted via Special Appearance

*Served via CM/ECF*