IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KRISTEN LEANN HORTON, Individually
and on Behalf of All Others Similarly Situated,    )
                                                    )
                    Plaintiffs,                     )
                                                    )
        v.                                          )            1:19CV1193
                                                    )
LOVE'S TRAVEL STOPS & COUNTRY                       )
STORES, INC.,                                       )
                                                    )
                    Defendants.                     )

# JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on July 7, 2022, was served on the parties in this action. (ECF Nos. 104, 105.) No objections were filed within the time prescribed by §636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff Kristen Leann Horton's amended unopposed motion to approve settlement agreement, including award of attorneys' fees and costs, (ECF No. 98), is GRANTED such that: (1) the Parties' Settlement Agreement and all of its terms be approved and the Settlement Administrator be authorized to send the notices and issue payments pursuant to the terms of the Settlement Agreement; (2) this Court retains jurisdiction over this case to enforce the Settlement Agreement until the conclusion of the settlement administration process; (3) Plaintiff's original unopposed

motion to approve settlement agreement, including award of attorneys' fees and costs, (ECF

No. 97), is TERMINATED as MOOT; and (4) this action is DISMISSED with prejudice.

This, the 1st day of September 2022.

/s/ Loretta C. Biggs
United States District Judge